United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00772-MJC |
| Sean M Bing | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Apr 26, 2022 | Form ID: oraprins | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: sean1ne77@gmail.com | Apr 26 2022 18:35:00 | Sean M Bing, 149 Bon Sher Drive, Tannersville, PA 18372-7739 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 2

In re:

Sean M Bing,   **Debtor 1**

Chapter 13

Case No. 5:22−bk−00772−MJC

### Order Approving Payment of Filing Fee in Installments

**IT IS HEREBY ORDERED** that Debtor 1 shall be required to pay the filing fee inclusive of the miscellaneous administrative fee and trustee fee surcharge in the total amount of **$ 313.00** in installments on the terms proposed in the application. The final payment must be made on or before **August 24, 2022** and before the entry of any Discharge Order, unless the Court extends the time to 180 days from the filing of the petition. Failure to either pay the fees on or before **August 24, 2022** or to file an objection on or before **August 31, 2022** will result in dismissal of the case without further notice. If a timely objection is filed, a hearing will be held.

**IT IS FURTHER ORDERED** that until the fees are paid in full, Debtor 1 shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Payments/fees can be paid at the Clerk's office or mailed (do not mail cash). Only a cashier's check or money order is accepted made payable to "United States Bankruptcy Court". If paying by cash, only exact change is accepted at the courthouse.

Mailed payments must be by Money Order (no personal checks or cash) addressed to:

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 26, 2022

oraprins(01/21)