IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                        Case No. 22-bk-00772-MJC
                                                                 Chapter 13

Sean M Bing

Debtor(s).

## NOTICE OF APPEARANCE

**Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5; Asset-Backed Certificates, Series 2006-5**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                            **Steven K. Eisenberg, Esquire**
                                  **Stern & Eisenberg, PC**
                            **1581 Main Street, Suite 200**
                            **The Shops at Valley Square**
                                  **Warrington, PA 18976**

                            By:    /s/ Steven K. Eisenberg
                                  Steven K. Eisenberg, Esquire
                                  Bar No: 75736
                                  Stern & Eisenberg, PC
                                  1581 Main Street, Suite 200
                                  The Shops at Valley Square
                                  Warrington, PA 18976
                                  Phone: (215) 572-8111
                                  Fax: (215) 572-5025
                                  seisenberg@sterneisenberg.com
                                  Attorney for Creditor

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 2nd day of May, 2022, to the following:

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*


Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Sean M Bing
149 Bon Sher Drive
Tannersville, PA 18372

*Debtor(s)*

             By:   /s/ Steven K. Eisenberg
                Steven K. Eisenberg, Esquire