UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEAN M BING

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

SEAN M BING

CASE NO: 5-22-00772-MJC

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on May 12, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice.

1. A Petition under Chapter 13 was filed on April 26, 2022.

2. The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).
   - Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
   - Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
   - CHAPTER 13 PLAN

In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

Case Number: 5-19-03621-RNO
Counsel: PRO SE
Filing Date: 08/27/19     Date Dismissed: 11/22/19
Total Payments: $0.00     Chapter: 13
Result: Dismissed for failure to file information, with prejudice

___

Case Number: 5-18-03581-JJT
Counsel: PRO SE
Filing Date: 08/28/18     Date Dismissed: 10/02/18
Total Payments: $0.00     Chapter: 13
Result: Dismissed for failure to file information

___

Case Number: 5-17-04405-JJT
Counsel:
Filing Date: 10/23/17     Date Dismissed: 11/27/17
Total Payments: $0.00     Chapter: 13
Result: Dismissed for failure to file information

___

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of three (3) prior Chapter 13 petitions within a five (5) year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of conference, and/or hearing and other instructions are included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:
1. Enter an Order dismissing the above-captioned case and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 180 days from the entry of this dismissal.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEAN M BING

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

CASE NO: 5-22-00772-MJC

MOTION TO DISMISS WITH PREJUDICE

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss with Prejudice for failure to file:

- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
- CHAPTER 13 PLAN

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court | Date: June 7, 2022 |
| Max Rosenn U.S. Courthouse | Time: 09:30 AM |
| 197 S. Main Street | |
| Wilkes Barre, PA | |

Objections/responses are due on or before May 26, 2022. The hearing as scheduled will be held regardless of any objections or responses having been filed.

Respectfully submitted

/s/ Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Dated: May 12, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEAN M BING                      CHAPTER 13

         Debtor(s)

JACK N. ZAHAROPOULOS             CASE NO: 5-22-00772-MJC
CHAPTER 13 TRUSTEE
        Movant                         MOTION TO DISMISS WITH PREJUDICE

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 12, 2022, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

United States Trustee
228 Walnut Street
Suite 1190                                  SERVED ELECTRONICALLY
Harrisburg, PA   17101

SEAN M BING
149 BON SHER DRIVE
TANNERSVILLE, PA   18372          SERVED BY 1ST CLASS MAIL

                                                        Respectfully submitted,

                                                        /s/ Vickie Williams
                                                        for Jack N. Zaharopoulos, Trustee
                                                        Suite A, 8125 Adams Dr.
                                                        Hummelstown, PA   17036
                                                        Phone:   (717) 566-6097
                                                        email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEAN M BING

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CASE NO: 5-22-00772-MJC

vs.

SEAN M BING

Respondent(s)

### ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.