# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 5:22-bk-00772-MJC |
| | : | |
| Sean M. Bing, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

### Entry of Appearance and Request for Notices

PLEASE TAKE NOTICE that the attorney set forth below hereby appears on behalf of the Debtor and requests service of all notices given in this case.

Dated: June 21, 2022

Cibik Law, P.C.

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com