IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 5:22-bk-00772-MJC |
| | : | |
|   Sean M. Bing, | : | Chapter 13 |
| | : | |
|         Debtor. | : | Related to ECF No. 32 |

## Certificate of Service

    I hereby certify that on this date a true and correct copy of the Debtor's Motion to Approve Carol Bing as Next Friend was served on all parties listed below by first class mail or through the CM/ECF system, along with the proposed order and all exhibits.

Dated: June 28, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Service List

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Deutche Bank, N.A.
djones@sterneisenberg.com
bkgroup@kmllawgroup.com

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Sean Bing Dixson/A702687
Belmont Correctional Institution
PO Box 540
St. Clairsville, OH 43950

Carol Bing
149 Bon Sher Drive
Tannersville, PA 18372-7739