IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 5:22-bk-00772-MJC |
| | : | |
| Sean M. Bing, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## Certificate of Service

I hereby certify that on this date a true and correct copy of Debtor's Motion to Approve Carol Bing as Next Friend, ECF No. 36, along with the proposed order and all exhibits, and the Court's Order Directing Service of Motion to Approve Carol Bing as Next Friend, ECF No. 38, were served on the parties below by first class mail or through the CM/ECF system.

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Steven K Eisenberg
on behalf of Deutsche Bank
seisenberg@sterneisenberg.com

Daniel Philip Jones
on behalf of Deutsche Bank
djones@sterneisenberg.com

Alyk L Oflazian on behalf of
Nationstar Mortgage LLC
amps@manleydeas.com

Rebecca Ann Solarz
on behalf of Deutsche Bank
bkgroup@kmllawgroup.com

Deutche Bank, N.A.
12650 Ingenuity Drive
Orlando, FL 32826

Deutsche Bank
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976

Sean Bing Dixson/A702687
Belmont Correctional Institution
PO Box 540
St. Clairsville, OH 43950

Sean M. Bing
149 Bon Sher Drive
Tannersville, PA 18372

Carol Bing
149 Bon Sher Drive
Tannersville, PA 18372-7739

Dated: July 14, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com