United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00772-MJC |
| Sean M Bing | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 15, 2022 | Form ID: pdf010 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5471982 | + | Deutche Bank, N.A., 12650 Ingenuity Drive, Orlando, FL 32826-2703 |
| 5471983 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5473086 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: sean1ne77@gmail.com | Jul 15 2022 18:35:00 | Sean M Bing, 149 Bon Sher Drive, Tannersville, PA 18372-7739 |
| 5482522 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2022 18:40:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5471981 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2022 18:40:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5472588 | *+ | Sean M. Bing, 149 Bon Sher Drive, Tannersville, PA 18372-7739 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 17, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alyk L Oflazian | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Daniel Philip Jones | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael I. Assad | on behalf of Debtor 1 Sean M Bing mail@cibiklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 bkgroup@kmllawgroup.com |
| Steven K Eisenberg | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Sean M. Bing, | : | Case No. 5:22-00772–MJC |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER SCHEDULING HEARING ON MOTION
## TO APPROVE CAROL BING AS NEXT FRIEND

Upon consideration of the Debtor's Motion to Approve Carol Bing as Next Friend ("Motion"), filed on July 14, 2022, Dkt. # 36, it is hereby

**ORDERED**, that any objection to the Motion shall be filed **on or before Monday, August 1, 2022**; it is further

**ORDERED**, that a hearing on the Motion is scheduled for **Thursday, August 4, 2022 at 9:30 a.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 15, 2022