UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Case No. 5:22-bk-00772-MJC |
|---|---|
| Sean M. Bing, | Chapter 13 |
| Debtor. | |

## DEBTOR'S ELECTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7

**WHEREAS**, Debtor Sean M. Bing filed this case through Next Friend Carol Bing under chapter 13 on April 26, 2022, and

**WHEREAS**, this case was filed to prevent foreclosure of the Debtor's property at 149 Bon Sher Drive by repaying mortgage arrears through a chapter 13 plan, and

**WHEREAS**, when attempting to prepare a chapter 13 plan it became apparent that any such plan would be infeasible because of the substantial mortgage arrears due, and

**WHEREAS**, the Debtor has an absolute right to convert this case to a case under chapter 7 pursuant to 11 U.S.C. § 1307(a), and

**WHEREAS**, given the circumstances, the most appropriate course of action is to convert this case to a case under chapter 7 to allow for surrender of the property and a discharge of the underlying debt.

**NOW, THEREFORE,** the Debtor respectfully requests that this Court convert this chapter 13 case to a case under chapter 7.

Date: August 12, 2022

/s/ Carol Bing
Carol Bing
Next Friend of Debtor Sean M. Bing