**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 5:22-bk-00772-MJC |
| | : | |
| Sean M. Bing, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## Certificate of Service

I hereby certify that on this date a true and correct copy of Debtor's Election to Convert Chapter 13 Case to Chapter 7 was served on the parties below by first class mail or through the CM/ECF system.


United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Steven K Eisenberg
on behalf of Deutsche Bank
seisenberg@sterneisenberg.com

Daniel Philip Jones
on behalf of Deutsche Bank
djones@sterneisenberg.com

Alyk L Oflazian on behalf of
Nationstar Mortgage LLC
amps@manleydeas.com

Rebecca Ann Solarz
on behalf of Deutsche Bank
bkgroup@kmllawgroup.com

Deutche Bank, N.A.
12650 Ingenuity Drive
Orlando, FL 32826

Deutsche Bank
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976

Sean Bing Dixson/A702687
Belmont Correctional Institution
PO Box 540
St. Clairsville, OH 43950

Sean M. Bing
149 Bon Sher Drive
Tannersville, PA 18372

Carol Bing
149 Bon Sher Drive
Tannersville, PA 18372-7739


Dated:  August 12, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com