UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Case No. 5:22-bk-00772-MJC |
|---|---|
| Sean M. Bing, | Chapter 7 |
| Debtor. | |

**Report of Post-Petition Debts Pursuant to Fed R. Bankr. P. 1019(5)**

**AND NOW**, Debtor Sean M. Bing, by and through Counsel, reports pursuant to Fed R. Bankr. P. 1019(5)(B)(i) that no unpaid debts were incurred after the filing of the petition and before conversion of this case.

Dated: August 17, 2022

CIBIK LAW, P.C.
*Counsel for Debtor Sean M. Bing*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com