Certificate Number: 16339-PAM-DE-036931371

Bankruptcy Case Number: 22-00772


16339-PAM-DE-036931371

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 26, 2022</u>, at <u>2:41</u> o'clock <u>PM EDT</u>, <u>Sean Bing</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 26, 2022</u>     By: <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>